IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:15-CR-3097 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| AUSTIN J. ASCHE, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Vacate Final Order of Forfeiture (filing 42). The motion will be granted.

IT IS ORDERED:

1. The plaintiff's Motion to Vacate Final Order of Forfeiture (filing 42) is granted.

2. The Court's Final Order of Forfeiture (filing 41) is vacated.

3. JP Morgan Chase Bank, N.A., may file a petition pursuant to Fed. R. Crim. P. 32.2(c) or on before April 30, 2016.

4. After that date, the plaintiff may move for a final order of forfeiture within the parameters of Fed. R. Crim. P. 32.2.

Dated this 4th day of April, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge