IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN J. ASCHE,<br><br>Defendant. | 4:15-CR-3097<br><br>ORDER |

This matter is before the Court on the stipulation of the plaintiff and JPMorgan Chase Bank, N.A. (filing 45). The Court will grant the stipulation.

IT IS ORDERED:

1. The stipulation of the plaintiff and JPMorgan Chase Bank, N.A. (filing 45) is granted.

2. The plaintiff, through the Treasury Department as custodian, has possession of a 2014 White Jeep Grand Cherokee Limited, VIN 1C4RJFBG4EC399714. JP Morgan Chase Bank, N.A., has a valid, purchase-money security interest in the vehicle. The plaintiff shall sell the vehicle, expeditiously and in a commercially reasonable manner. The plaintiff shall allocate the sale proceeds first, to the costs of the sale, and second to JP Morgan Chase Bank, N.A., in satisfaction of its $9,316.55 debt. The United States shall tender payment to JP Morgan Chase Bank, N.A., by way of electronic transfer.

3. The plaintiff shall hold the balance of any sale proceeds pending further order of the Court.

4. The plaintiff shall file an accounting of the sale proceeds.

5. The Court will dispose of JPMorgan Chase Bank, N.A.'s petition for hearing (filing 44) upon the plaintiff's filing of its accounting.

Dated this 24th day of May, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge